## COX & CARPENTER, Inc., et al. v. LITTLE.
### No. 6385.

Circuit Court of Appeals, Fifth Circuit.
Oct. 27, 1931.

Hollis C. Rawls, of Columbia, Miss., for appellants.

S. C. Mize and R. W. Thompson, Jr., both of Gulfport, Miss., for appellee.

Before BRYAN, FOSTER, and SIBLEY, Circuit Judges.

PER CURIAM.

It appearing that the separate appeals in this case were taken in open court on April 3 and April 22, 1931, respectively, and that appeal bonds required on said appeals were not presented and approved until July 24, 1931, more than three months after final judgment in the case, this court is without jurisdiction of the appeals, and they are accordingly dismissed. Jackson v. Norris (C. C. A.) 37 F.(2d) 511; Vaughan v. American Insurance Co. (C. C. A.) 15 F.(2d) 526.